■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE HUNT, Appellant.— Order affirmed. All concur, except Halpern, J., who dissents and votes to reverse the order appealed from and to remit the case to the Special Term for a hearing, in the following memorandum: The order denying relief is an appealable one (*People* v. *Waterman*, 11 A D 2d 622). The defendant maintains that section 1943 of the Penal Law was not complied with by the court at the time of sentence. The Assistant District Attorney asserts in his affidavit that the record shows that the statute was fully complied with but the stenographer's minutes do not support this; on the contrary, if the minutes are complete, they tend to support the defendant's contention. Whether the minutes are complete and whether the statute was in fact complied with should be inquired into upon a hearing. Whether the defendant is chargeable with having knowingly waived compliance with the statute is also a question to be determined as a question of fact after a hearing, not as a question of law. (Appeal from

order of Erie Special Term denying defendant's application for resentence.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

